USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/22/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

       - against -

MUHAMMAD ASIF HAFEEZ,

            Defendant.

14 CR 716 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

An initial appearance is hereby scheduled for May 26, 2023 at 1:00 p.m. All parties to this action consent to an exclusion of time from the Speedy Trial Act until May 26, 2023.

It is hereby ordered that time until May 26, 2023 shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED.**

Dated:    22 May 2023
            New York, New York

_____
Victor Marrero
U.S.D.J.