```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/5/2024
```

UNITED STATES OF AMERICA,

   - against -

MUHAMMAD ASIF HAFEEZ,

                    Defendant.

14 CR 716 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

   The status conference scheduled for January 12, 2024, is hereby adjourned until February 9, 2024, at 12:00 p.m. All parties to this action consent to an exclusion of time from the Speedy Trial Act until February 9, 2024.

   It is hereby ordered that time until February 9, 2024, shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED.**

Dated:    5 January 2024
          New York, New York

                              _____
                              Victor Marrero
                              U.S.D.J.