```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/6/2024
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

   - against -

MUHAMMAD ASIF HAFEEZ,

                    Defendants.

14 Cr. 716 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

The pretrial status conference scheduled currently scheduled for February 9, 2024, is hereby adjourned to March 15, 2024, at 4:00 p.m., on consent of the parties. The defense consents to an exclusion of time from the Speedy Trial Act until March 15, 2024.

It is hereby ordered that time until March 15, 2024, shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendants and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED.**

Dated:     6 February 2024
           New York, New York

_____
Victor Marrero
U.S.D.J.