USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/12/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

- against -

MUHAMMAD ASIF HAFEEZ,

Defendant.

**14 CR 716 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The status conference scheduled for March 15, 2024, is hereby adjourned until April 26, 2024, at 1:00 p.m. All parties to this action consent to an exclusion of time from the Speedy Trial Act until April 26, 2024.

It is hereby ordered that time until April 26, 2024, shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED.**

Dated: 12 March 2024 New York, New York

Victor Marrero
U.S.D.J.