UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/24/2024
```

UNITED STATES OF AMERICA,

- against -

MUHAMMAD ASIF HAFEEZ,

            Defendant.

14 CR 716 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

The status conference scheduled for May 31, 2024, is hereby adjourned until June 28, 2024, at 4:00 p.m. All parties to this action consent to an exclusion of time from the Speedy Trial Act until June 28, 2024.

It is hereby ordered that time until June 28, 2024, shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED.**

Dated:    24 May 2024
             New York, New York

                                            Victor Marrero
                                            U.S.D.J.