USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/24/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

MUHAMMAD ASIF HAFEEZ,

                Defendants.

14 Cr. 716 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The pretrial status conference scheduled currently scheduled for June 28, 2024, is hereby adjourned to July 26, 2024, at 2:00 p.m., on consent of the parties. The defense consents to an exclusion of time from the Speedy Trial Act until July 26, 2024.

It is hereby ordered that time until July 26, 2024, shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendants and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED.**

Dated:    24 June 2024
            New York, New York

_____
Victor Marrero
U.S.D.J.