```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/3/2024
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

        - against -

MUHAMMAD ASIF HAFEEZ,

        Defendant.

14 Cr. 716(VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The status conference scheduled for October 4, 2024, at 12:00pm is hereby adjourned until November 1, 2024, at 2:00pm. The Defendant consents to an exclusion of time from the Speedy Trial Act until November 1, 2024.

    It is hereby ordered that time until November 1, 2024, shall be excluded from speedy trial calculations This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED.**

Dated:    October 3, 2024
            New York, New York

                                                  Victor Marrero
                                                  U.S.D.J.