USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/29/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       - against -<br><br>MUHAMMAD ASIF HAFEEZ,<br><br>                         Defendant. | **14 Cr. 716(VM)**<br><br>**ORDER** |

**VICTOR MARRERO, United States District Judge.**

   The status conference scheduled for November 1, 2024, at 2:00pm is hereby adjourned until December 6, 2024, at 10:00am. The Defendant has informed the Court that he intends to re-plead and request an expedited sentencing. The Defendant is directed to re-plead and request an expedited sentencing before the Magistrate Judge. The Court finds that an exclusion of time from the Speedy Trial Act until December 6, 2024, is in the interests of justice and outweighs the interests of the public and the Defendant in a speedy trial so that the Defendant can re-plead and raise any issues regarding any plea agreement with the Magistrate Court.

   It is hereby ordered that time until December 6, 2024, shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant

and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(A) & (B)(i), (iv).

**SO ORDERED.**

Dated:    October 29, 2024
         New York, New York

                                              Victor Marrero
                                              U.S.D.J.