USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/4/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

- against -

MUHAMMAD ASIF HAFEEZ,

Defendant.

14 Cr. 716(VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The status conference scheduled for December 6, 2024, is hereby adjourned *sine die* pending the Court's acceptance of the Defendant's plea.

**SO ORDERED.**

Dated:   December 4, 2024
         New York, New York

_____
Victor Marrero
U.S.D.J.