

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _2/28/25_

26 Federal Plaza, 37th Floor
New York, New York 10278

February 27, 2025

<u>Via ECF</u>
The Honorable Victor Marrero
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:   ***United States v. Muhammad Asif Hafeez,***
        **S8 14 Cr. 716 (VM)**

Dear Judge Marrero:

       The Government respectfully submits this letter to request a one-week adjournment of the sentencing currently scheduled for March 7, 2025, at 10 a.m. for defendant Muhammad Asif Hafeez, on consent of the parties. The parties have conferred and are available on the morning of March 14, 2025. If that date is not convenient for the Court, the parties are also available on the morning of March 21, 2025.



Request **GRANTED.**

The Court hereby grants the Government's request to adjourn the sentencing of Mr. Hafeez currently scheduled for March 7, 2025, until March 14, 2025, at 10:00 AM.

**SO ORDERED.**

28 February 2025

DATE              VICTOR MARRERO, U.S.D.J.

Respectfully submitted,

MATTHEW PODOLSKY
Acting United States Attorney

By:  <u>s/ Jane Chong</u>
     Jane Chong
     Assistant United States Attorney
     (212) 637-2263

Cc:    Defense counsel (by CM/ECF)