USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/13/25

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

- against -

MUHAMMAD ASIF HAFEEZ,

Defendant.

14 Cr. 716(VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The sentencing scheduled for March 14, 2025, is hereby adjourned until April 18, 2025, at 10:00 AM. The Court hereby schedules a status conference for March 14, 2025, at 10:00 AM to discuss issues raised in the parties' sentencing submissions.

**SO ORDERED.**

Dated:  March 13, 2025
        New York, New York

_____
Victor Marrero
U.S.D.J.