USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/14/25

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

- against -

MUHAMMAD ASIF HAFEEZ,

                Defendant.

14 Cr. 716(VM)

ORDER

**VICTOR MARRERO, United States District Judge.**

    The sentencing scheduled for April 18, 2025, is hereby adjourned until June 6, 2025, at 2:00 PM. The Court hereby directs the Government to respond to the Defense's response to the Government's sentencing submission (see Dkt. No. 339) within seven (7) days of the date of this Order. Specifically, the Court directs the Government to indicate its view on the issues Defendant raised regarding the Presentence Investigation Report and the plea agreement. Further, the Court directs the Government to indicate whether it considers the Defendant's current position to constitute a withdrawal of his guilty plea.

**SO ORDERED.**

Dated:    April 14, 2025
             New York, New York

                                            Victor Marrero
                                            U.S.D.J.