**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

           - against -

MUHAMMAD ASIF HAFEEZ,

           Defendant.

**14 Cr. 716(VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court is in receipt of the Defense's and the Government's submissions regarding the Defense's allegation that the Government breached the plea agreement (the "Plea Agreement"). (See Dkt. Nos. 339, 342.) Accordingly, the Court directs the parties to submit to the Court the Plea Agreement in its entirety within three (3) days of the date of this Order. The parties may file the Plea Agreement on the docket or email it to Chambers.

**SO ORDERED.**

Dated:    May 19, 2025
            New York, New York

                                          Victor Marrero
                                          U.S.D.J.

1